AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DUANE E. LUTTRELL,

                Plaintiff,

v.

NORVATIS PHARMACEUTICALS CORPORATION,

                Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-3015-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is granted and judgment is entered in favor of Defendant.

October 1, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson